U.S. Department of Justice
Executive Office for United States Attorneys
U.S. Attorneys

| Name of Defendant: Adam D. Burback | Address: City, State and Zip Code): West Allis, WI |
|---|---|
| Date of Birth: xx/xx/1982 | Occupation: Unknown |
| Name of Defendant's Attorney: Michael Chernin | Address of Defendant's Attorney: 735 N Water Street, Suite 735 Milwaukee, WI 53202-4104 (414) 272-1234 |
| Name of U.S. Attorney: Matthew L. Jacobs | |

| Has warrant been issued? No | When? | By Whom? | When? |
|---|---|---|---|
| Has warrant been executed? No | When? | Where? | |
| Has defendant appeared before a Magistrate? No | When? | Who? | |
| Is the defendant in custody? No | Where? | | |

| Pretrial Scheduling Conference Necessary? | ☐ YES | ☒ NO |
|---|---|---|

| Issue: WARRANT | SUMMONS | NOTICE XX | MISDEMEANOR | FELONY XX |
|---|---|---|---|---|

Milwaukee Case ☒    Green Bay Case ☐    County: Milwaukee

Minor Offense

Petty Offense

Arraignment & plea before:        Judge:            Magistrate:

(The above information to be furnished in duplicate (1 copy for file and 1 copy for Marshal with 2 conformed copies of indictment and/or information of defendant))

# THE ABOVE INFORMATION TO BE FURNISHED IF KNOWN

| Charge | Penalty |
|---|---|
| Removing Property Subject to Seizure *18 U.S.C. § 2232(a)* | 5 years; $250,000; $100 SA; 3 years' SR |
| Making a false statement, *18 U.S.C. § 1001(a)(2)* | 5 years; $250,000; $100 SA; 3 years' SR |

**Agency/Agent:**    S/A Brian Due, Federal Bureau of Investigation

**OCDETF:**    No